Filed 02/08/10     Case 10-21656

FILED
February 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002403094

MITCHELL L. ABDALLAH, #231804
THOMAS F. CAMP, #42007
ABDALLAH LAW GROUP
980 9ᵀᴴ St. 16ᵀᴴ Floor
Sacramento, CA 95814
Tel:/ (916) 449-9580
Fax:/ (916) 449-9581
mitch@abdallahlaw.net

Attorneys for Debtor: Rickie Walker

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Rickie Walker,

Debtor.

Case No. 10-21656-E-11

DCN: MLA-01

**DECLARATION OF RICKIE WALKER**

I, **RICKIE WALKER** do hereby declare as follows;

1. I filed an emergency voluntary petition under chapter 11 on January 25, 2010.

2. This filing was necessitated by a decline in income within my household which resulted in a notice of default for my delinquent mortgages. My real properties were subject to foreclosure sale.

3. Unable to pay my secured and unsecured creditors and facing an imminent foreclosure sale, I sought to file the instant petition.

4. The undue stress and hardship created by an overwhelming task such as filing for bankruptcy requires additional time for me to gather all necessary information.

Therefore, I request that the Court grant me a 14 day extension to timely file my Schedules. An extension through and including February 22, 2010 is requested.

I swear under the penalty of perjury that the foregoing is true.

Executed on February 8, 2010 in Rocklin, California.

        Respectfully submitted,

        <u>/s/Rickie Walker</u>
        RICKIE WALKER
        Debtor