MITCHELL L. ABDALLAH, #231804
THOMAS F. CAMP, #42007
ABDALLAH LAW GROUP
980 9TH ST. 16TH FLOOR
SACRAMENTO, CA 95814
TEL:/ (916) 449-9580
FAX:/ (916) 449-9581
MITCH@ABDALLAHLAW.NET

Attorneys for Debtor: Rickie Walker

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Rickie Walker,

Debtor.

Case No. 10-21656-E-11

DCN: MLA-002

NO HEARING REQUIRED

# APPLICATION TO EMPLOY THE ABDALLAH LAW GROUP AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION

Rickie Walker the Debtor and Debtor-in-Possession ("Debtor") in this bankruptcy case, files this application for authorization to employ the Abdallah Law Group ("Counsel") as general bankruptcy counsel as follows:

1. This case was filed as a voluntary Chapter 11 case on January 25, 2010.
2. The Debtor has determined that he needs to employ general bankruptcy counsel in this case.
3. Counsel has agreed to represent the Debtor on an hourly fee basis pursuant to a fee agreement for legal services entered into by and between the Debtor

and counsel, described more fully in the Declaration of Mitchell L. Abdallah, filed and served herewith ("Abdallah Declaration").

4. As set forth in the Abdallah Declaration, Counsel has determined that there are no relationships, associations, connections or conflicts of interest that exist with regard to counsel that would preclude representation of the Debtor as counsel in this case.

5. Counsel is not aware of any conflict, or other association, relationship or connections between the Abdallah Law Group, and the Debtor, any creditors of the Debtor, any other parties in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, other than as set forth herein and in the Abdallah Declaration.

6. Counsel will serve as general bankruptcy counsel for the Debtor to provide representation in this Chapter 11 case, to advise the Debtor with respect to the legal rights and duties of the estate, and to provide such other services as may be necessary and appropriate pursuant to and in accordance with the provision of the Bankruptcy Code.

7. Counsel shall provide the Debtor with a monthly statement for his review, to enable the Debtor to stay appraised of the status of counsel's activities. All fees are subject to review and approval of the court pursuant to the provision of 11 U.S.C. §§§§327, 328, 330 and 331. The estate will be charged for recoverable costs and expenses as allowed under the Bankruptcy Code, the guidelines established by the court and as set forth in the fee agreement.

8. The Debtor believes the employment of counsel is appropriate on the terms and conditions set forth herein.

**WHEREFORE**, Rickie Walker, the Chapter 11 Debtor, respectfully requests that the court enter an order authorizing the employment of the ABDALLAH LAW GROUP, as general bankruptcy counsel for the Debtor in this case on the terms and conditions set forth in this application.

Dated: February 26, 2010

                                  By: /s/ Rickie L. Walker
                                           RICKIE WALKER
                                           Debtor-In-Possession