FILED
March 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002450887

MITCHELL L. ABDALLAH, #231804
THOMAS CAMP, #42007

ABDALLAH LAW GROUP
980 9TH ST. 16TH FLOOR
SACRAMENTO, CA 95814
TEL:/ (916) 449-9580
FAX:/ (916) 449-9581
MITCH@ABDALLAHLAW.NET

Attorneys for Debtor: Rickie Walker

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**Rickie Walker,**<br><br>Debtor. | Case No. 2010-21656<br>DCN: MLA-003<br><br>[L.R. 1015-1] |

### NOTICE OF RELATED CASES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE AND ALL CREDITORS:

  Comes now Debtor, **Rickie Walker**, by and through undersigned counsel, and pursuant to Local Rule 1015-1 provides notice that this case may be related to the following relevant case filed on Debtor's behalf within the last six years:

  Case Name: In Re: Rickie L. Walker
  Case No.:  2008-33310
  Date filed:  09-18-2008

  The previously-filed case was filed as a Chapter 7 bankruptcy on behalf of Debtor. Previously, Debtor was inclined to allow his real properties to be foreclosed upon. However,

since the filing of that case, Debtor has decided that a plan of reorganization would better serve his interests, and allow him to maintain his real properties.  Debtor then sought to file the instant action.  Debtor's filing under Chapter 11 will not prejudice any creditor.

ABDALLAH LAW GROUP

Dated: February 26, 2010           By:    /s/ Mitchell Abdallah
                                                      MITCHELL ABDALLAH, Attorney for Debtor, **Rickie Walker**