FILED
March 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002450888

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                    Case No. **2010-21656**

**Walker, Rickie**                                        Chapter **11**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**NOTICE OF RELATED CASES**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **1st** day of **March**, **2010**.

/s/ **Mitchell Abdallah**
**Mitchell Abdallah 231804**
**Abdallah Law Group**
**980 9th St. 16th Floor**
**Sacramento, CA  95814**
**(916) 446-1974  Fax: (916) 446-3371**
**mitch@abdallahlaw.net**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Banco Popular**<br>120 Broadway Fl 16<br>New York, NY  10271 | **Bank of America Home Loans**<br>Countrywide<br>450 American St<br>Simi Valley, CA  93065 | **Bank of America Home Loans**<br>Countrywide Home Loans<br>450 American St<br>Simi Valley, CA  93065 |
| **Brandy Cheatam**<br>1518 Michael Drive<br>Tracy, CA  95377 | **Cba Collection Bureau**<br>AT&T<br>25954 Eden Landing Road<br>Hayward, CA  94545-3816 | **Emc Mortgage**<br>P.O. Box 141358<br>Irving, TX  75014 |
| **Fresn Cb Collections**<br>757 L Street P O Box 942<br>Fresno, CA  93721 | **Homecoming Mortgage**<br>Po Box 205<br>Waterloo, IA  50704 | **Mcydsnb**<br>9111 Duke Blvd<br>Mason, OH  45040 |
| **Mechanics Bank**<br>4100 Macdonald Ave<br>Richmond, CA  94805 | **Ocwen Loan Servicing L**<br>12650 Ingenuity Dr<br>Orlando, FL  32826 | **Office Of The United States Trustee**<br>501 I Street, Suite 7-500<br>Sacramento, CA  95814 |
| **Peoples Choice Home Lo**<br>7515 Irvine Center Dr<br>Irvine, CA  92618 | **Realty Mortgage Corp**<br>215 Katherine Dr<br>Flowood, MS  39232 | **Wachovia Dealer Services**<br>P.O. Box 1697<br>Winterville, SC  28590 |
| **Washington Mutual Fa**<br>Po Box 1093<br>Northridge, CA  91328 | **Wffnatlbnk**<br>Po Box 94498<br>Las Vegas, NV  89193 | **Wfs/wachovia Dealer Sv**<br>Po Box 1697<br>Winterville, NC  28590 |
| **Wshngtn Mutl**<br>3990 S. Babcock Mb0117fl<br>Melbourne, FL  32901 | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only