2010-21656
FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002450497

MITCHELL L. ABDALLAH, #231804
THOMAS F. CAMP, #42007
ABDALLAH LAW GROUP
980 9TH ST. 16TH FLOOR
SACRAMENTO, CA 95814
TEL:/ (916) 449-9580
FAX:/ (916) 449-9581
MITCH@ABDALLAHLAW.NET

Attorneys for Debtor: Rickie Walker

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Rickie Walker,

Debtor.

Case No. 10-21656-E-11

DCN: MLA-002

NO HEARING REQUIRED

**ORDER GRANTING APPLICATION TO EMPLOY ABDALLAH LAW GROUP AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

The court has reviewed the Application ("Application") to employ Abdallah Law Group as counsel for Rickie Walker the Debtor and Debtor-In-Possession herein (collectively, "Debtor") and the Declaration of Mitchell L. Abdallah ("Attorney Declaration") each filed on March 1, 2010. No opposition having been filed and good cause appearing it is hereby

ORDERED THAT the Debtor is authorized to employ the Abdallah Law Group, located at 980 9th Street, 16th Floor, Sacramento, CA 95814, as its attorney for the purposes set forth in the Application, subject to the following terms and conditions:

1. No showing having been made of exceptional circumstances justifying an earlier effective date (In re THC Financial Corp., 837 F.2d 389 (9th Cir. 1988)), said employment is effective as of January 25, 2010.

RECEIVED
March 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002450497

2. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. §330 (a);

3. Compensation will be at the "lodestar rate" applicable at the time the services are rendered in accordance with the Ninth Circuit decision in In re Manoa Finance Company, 853 F.2d 687 (9th Cir. 1988). No hourly rate or other term in the application is approved unless unambiguously so stated in this order or in a subsequent order of this court.

4. Unless the court orders otherwise, all funds received by counsel in connection with this case, regardless of whether they are denominated a retainer or are said to be non-refundable, are deemed to be an advance payment of fees and to be property of the estate.

5. Funds that are deemed to constitute an advance payment of fees shall be maintained in a trust account in an authorized depository, which account may be either a separate interest bearing account or an attorney's trust account containing commingled trust separate funds. Withdrawals are permitted only after approval of an application for compensation and after the court issues an order authorizing disbursement of a specified amount.

6. Applications for compensation may be considered more frequently than every 120 days for good cause shown.

Dated: March 12, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court