
FILED
March 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002495386

Allen C. Massey - 172024
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100; fax (916) 930-2099

Attorney for Sara L. Kistler,
 Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:                                                        Case No.   10-21656-E-11

Rickie Lynn Walker,
                                                              **REPORT OF 341 MEETING**

                       Debtor.
_____/


1.   Date of Meeting:    March 18, 2010 @ 10:00 a.m.

2.   Appearances:        **Debtor;**
                         **Alberto Montefalcon, Esq.;**
                         **Mervyn Naidoo, law clerk.**

3.   DISPOSITION:        **Concluded.**


Dated:  March 18, 2010              /s/ Allen C. Massey
                                    Attorney for Sara L. Kistler,
                                    Acting United States Trustee
                                    al.c.massey@usdoj.gov