Case 10-21656    Filed 03/19/10    Doc 47

FILED
March 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002499722

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:

Case No. 2010-21656

CHAPTER 11

MONTHLY OPERATING REPORT

(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: JAN 25 → FEB-2010          PETITION DATE: JAN-25-2010

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ($1)

2. **Asset and Liabilities Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $1,450,000 | $0 | |
| b. Total Assets | $1,450,000 | $0 | |
| c. Current Liabilities | $12,725 | $0 | |
| d. Total Liabilities | $12,725 | $0 | |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $4,500.00 | $0 | $0 |
| b. Total Disbursements | $3,604.00 | $0 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $896.00 | $0 | $0 |
| d. Cash Balance Beginning of Month | $900.00 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | $1,796.00 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | 0 | $0 | |
| 6. Post-Petition Liabilities | 0 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | 0 | $0 | |

At the end of this reporting month:                                                                                 Yes     No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    ___    ✓

9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    ___    ✓

10. If the answer is yes to 8 or 9, were all such payments approved by the court?    ___    ___

11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    ___    ✓

12. Is the estate insured for replacement cost of assets and for general liability?    ✓    ___

13. Are a plan and disclosure statement on file?    ___    ✓

14. Was there any post-petition borrowing during this reporting period?    ___    ✓

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3-17-2010                                            _Rickie L. Walker_
                                                           Responsible Individual

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

*(See ATTACHED)*

List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|---|
| 1 | Description of Property | 1518 Michael St | | | |
| 2 | Scheduled Gross Rents | $1,196.00 | | | |
| | Less: | | | | |
| 3 | Vacancy Factor | | | | |
| 4 | Free Rent Incentives | | | | |
| 5 | Other Adjustments | | | | |
| 6 | Total Deductions | $0 | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | | |
| 9 | Scheduled Net Rents Collected (2) | $896.00 $0 | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

→ Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Effective 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS (See ATTACHED)
## Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended **FEB. 2010**

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | 896.00 | |
| 2 | Cash Received from Sales | 3,604.00 | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | Total Cash Receipts | 4,500.00  $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | 3,604.00 | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | → Total Cash Disbursements: | → 3,604.00  $0 | $0 |
| 38 | Net Increase (Decrease) in Cash | $0 | $0 |
| 39 | Cash Balance, Beginning of Period | 900.00 | |
| 40 | Cash Balance, End of Period | 1,796.00  $0 | $0 |

Effective 3/15/99

## RICKIE WALKER – CASE NO. 10-21656

## CASH FLOW WORKSHEET – FEB. 2010

| | |
|---|---:|
| BEGINNING CASH | $ 900.00 |
| CASH INFLOWS | |
|     RENT (TRACY) | 896.00 |
|     SALES & RECEIPTS (JANITORIAL) | 3,604.00 |
| TOTAL CASH INFLOWS | $ 4,500.00 |
| AVAILABLE CASH BALANCE: | $ 5,400.00 |
| | |
| BUSINESS EXPENSES | |
|     ADVERTISING | $ 150.00 |
|     BANK CHARGES | 10.00 |
|     EQUIPMENT | 750.00 |
|     SUPPLIES | 100.00 |
|     TRANSPORTATION | 300.00 |
|     TELEPHONE | 75.00 |
|     INSURANCE | 150.00 |
| PERSONAL EXPENSES | |
|     PROPERTY INSURANCE (ROCKLIN) | 160.00 |
|     PROPERTY INSURANCE (TRACY) | 90.00 |
|     UTILITIES | 300.00 |
|     PROPERTY TAXES | 480.00 |
|     FOOD | 325.00 |
|     TRANSPORTATION (PERSONAL) | 200.00 |
|     MEDICAL EXPENSES (FAMILY) | 250.00 |
|     HOME MAINTENANCE (ROCKLIN) | 304.00 |
|     HOME MAINTENANCE (TRACY) | 200.00 |

Case 10-21656    Filed 03/19/10    Doc 47

| | |
|---|---|
| DINING OUT/ENTERTAINMENT | 150.00 |
| MISC EXPENSES | 110.00 |
| TOTAL EXPENSES | $ 3,604.00 |
| TOTAL OUTFLOWS | $ 3,604.00 |
| ENDING CASH BALANCE | $ 1,796.00 |



# Bank of America

**Your Bank of America Business Checking Statement**

0822 P P
E0-3

```
CD 03/08 1   0000 588 14      039 035746 #@01 AV 0.335
RICKIE L WALKER SOLE PROP
DBA WALKER JANITORAL
1731 HOWE AVE APT 515
SACRAMENTO   CA   95825-2209
```

**Statement Period:**
February 23 through February 26, 2010

Account Number: 08227-71720

**At Your Service**
Call: 916.373.6920

**Written Inquiries**
Bank of America
Campus Commons Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1992
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

## Summary of Your Business Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 02/23/10 | $0.00 | Number of electronic checks paid | 0 |
| Total Deposits and Credits | + 1,525.00 | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| Ending Balance | $1,525.00 | Assisted | 0 |

## Important Information About Your Account

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

## Bank of America News

Stay ahead of your bills-such as rent, mortgage, credit card or utility payments-by setting up automatic reminders to be sent right to your e-mail or smart phone. With Payment Reminders from Bank of America®, it's easy to know when a payment is due. Get started at bankofamerica.com/solutions today.

## Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 02/23 | Deposit | | | $ 25.00 | $25.00 |
| 02/26 | Deposit | | | $ 1,500.00 | $1,525.00 |

Continued on next page

California

Recycled Paper