Case 10-21656 Filed 03/24/10 Doc 48

FILED
March 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002509797

Mitchell L. Abdallah, CSB #: 231804
1006 4th Street, 4th Floor
Sacramento, CA 95814
Telephone: 916-446-1974
Fax: 916-446-3371

Attorney for Debtor: Rickie Walker

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

RICKIE WALKER,

Debtor.

Case No.: 10-21656

Chapter 11

## DEBTOR'S OBJECTION TO CLAIMS OF BAC HOME LOANS SERVICING, L.P.

COMES NOW, RICKIE WALKER, and files this Objection to Creditor BAC HOME LOANS SERVICING, L.P.'S PROOF OF CLAIM ("NOTICE OF SECURITY INTEREST IN RENTS AND PROFITS IN THAT CERTAIN REAL PROPERTY COMMONLY KNOWN AS 1518 MICHAEL DRIVE, TRACY, CALIFORNIA") as filed by the alleged Creditor on March 1, 2010, as document number 32 and states the following:

A security interest in the property of the debtor is claimed, however, the proof of claim is not accompanied by evidence that the creditor has authority to bring the claim, has standing or that the security interest has been perfected as required under F.R.B.P. Rule 3001(d) and is facially defective and does not constitute prima facie validity of the claim.

[Summary of pleading] - 1

The proof of claim does not set forth the creditor's claim with proper specificity, pursuant to F.R.B.P. Rule 3001(a) & (c).

WHEREFORE, the Debtor objects to Claim number 094-3878A as filed by the Creditor and respectfully requests this Court enter an order requiring the Claimant to file an amended claim to correct the defect within 30 days and if not corrected, upon expiration of that time, the claim is disallowed in its entirety.

DATED: 3-24-2010

_____
MITCHELL L. ABDALLAH
Attorney for Debtor,
RICKIE L. WALKER