FILED
April 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002555330

Form 210A (12/09)

# United States Bankruptcy Court

EASTERN DISTRICT OF CALIFORNIA AT SACRAMENTO

In re RICKIE WALKER                    Case No. **10-21656**   11T

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Roundup Funding, LLC
Name of Transferee

Chase Bank USA, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:
    Roundup Funding, LLC
    MS 550
    PO Box 91121
    Seattle, WA 98111-9221
Phone: 1-866-670-2361
Last Four Digits of Acct #: 0041

Court Claim # (if known): 3
Amount of Claim: $2,387.45
Date Claim Filed: 02/27/2010

Phone: (866) 670-2361
Last Four Digits of Acct #: 0041

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ LINH  K.  TRAN
    Transferee/Transferee's Agent

Date: 4/13/2010

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

