FILED
April 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002579433

PROBER & RAPHAEL, A LAW CORPORATION
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
MELISSA VERMILLION, ESQUIRE #241354
WILLIAM K. HONG, ESQUIRE #266690
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
C.094-3878A
Attorneys for Responding Secured Creditor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. 10-21656-E-11 |
| | ) |
| RICKIE WALKER dba RICK'S JANITORIAL, | ) Chapter 11 |
| | ) |
| Debtor. | ) PPR-1 |
| | ) |
| | ) |

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIMS
OF BAC HOME LOANS SERVICING, L.P.**

BAC Home Loans Servicing, L.P., its assignees and/or successors in interest, secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following response to Debtor's Objection to the Claims of BAC Home Loans Servicing, L.P.:

Bankruptcy Rule 3001(d) states: "Evidence of perfection of security interest. If a security interest in property of the debtor is claimed, the proof of claim shall be accompanied by evidence that the security interest has been perfected." U.S.C.S. Bankruptcy R 3001.

First, Secured Creditor has attached evidence to the Notice of Security Interest of Rents and Profit that the security interest has been perfected as Exhibit A, i.e. the Note and Deed of Trust.

In addition, although the Debtor states, "The proof of claim does not set forth the

Response to Debtor's Objection to Claims

1

creditor's claim with proper specificity, pursuant to F.R.B.P. Rule 3001(a) & (c)," Secured Creditor has yet to file a proof of claim and it is premature for any proof of claim to be objected to, "amended," or "disallowed".

Rather, a Proof of Claim is currently being reviewed for accuracy purposes and shall be filed shortly.

WHEREFORE, Secured Creditor respectfully requests that Debtor's Objection to Claim of BAC Home Loans Servicing, L.P. be denied.

Dated: April 22, 2010                Prober & Raphael, A Law Corporation

By /s/ Cassandra J. Richey, Esq.
Attorneys for Secured Creditor
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-3878A

Response to Debtor's Objection to Claims