FILED
May 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002634023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]

Rickie L. Walker

Case No. 2010-21656

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: April - 2010    PETITION DATE: 01-25-2010

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | 1,450,000  $0 | 1,450,000.00 | |
| | b. Total Assets | 1,450,000  $0 | 1,450,000.00 | 1,450,000.00 |
| | c. Current Liabilities | 15,275.00 $0 | 18,275.00 | |
| | d. Total Liabilities | 15,275.00 $0 | 18,275.00 | 48,550.00 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | 2908.00 $0 | 5,363.00 | 12,771.00 $0 |
| | b. Total Disbursements | 2012.00 $0 | 5,367.00 | 14,763.00 $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 896.00 $0 | -4.00 $0 | 1,708.00 $0 |
| | d. Cash Balance Beginning of Month | 1,792.00 $0 | 1796.00 | 4,498.00 $0 |
| | e. Cash Balance End of Month (c + d) | 2,688 $0 | 1796.00 $0 | 6,276.00 $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | 0  $0 | 0 | |
| 6. | Post-Petition Liabilities | 0  $0 | 0 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | 0  $0 | 0 | |

At the end of this reporting month:                                    Yes       No
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    ___   ✓
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    ___   ✓
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    ___   ✓
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    ___   ✓
12. Is the estate insured for replacement cost of assets and for general liability?    ✓   ___
13. Are a plan and disclosure statement on file?    ___   ✓
14. Was there any post-petition borrowing during this reporting period?    ___   ✓

15. Check if paid: Post-petition taxes ___;    U.S. Trustee Quarterly Fees ___;    Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 5-14-2010          _____Richard Walker_____
                         Responsible Individual

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

<u>List the Rental Information Requested Below By Properties (For Rental Properties Only)</u>

| | | <u>Property 1</u> | <u>Property 2</u> | <u>Property 3</u> |
|---|---|---|---|---|
| 1 | Description of Property | 1518 MICHAEL DR. | | |
| 2 | Scheduled Gross Rents | $1,196.00 | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | NON-PAYMENT BY TENANT | | |
| 6 | Total Deductions | 300.00 $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | 896.00 $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | <u>Account 1</u> | <u>Account 2</u> | <u>Account 3</u> |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____

| # | Item | Actual Current Month | Cumulative (Case to Date) |
|---|------|----------------------|---------------------------|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | 896.00 | 2688.00 |
| 2 | Cash Received from Sales | 2012.00 ~~7~~ | 12771.00 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 2908.00 $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | 2012.00 | 10,093.00 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | 2012.00 $0 | 10,093.00 $0 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | $0 |
| 39 | **Cash Balance, Beginning of Period** | 1792.00 | |
| 40 | **Cash Balance, End of Period** | 2688.00 $0 | $0 |

Revised 3/15/99



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5281   TRN                    X   ST01

**Uni-Statement**
Account Number:
1 534 6572 6757
Statement Period:
Apr. 14, 2010
through
Apr. 14, 2010

Page 1 of 2

000035827 1 AV 0.335 106481560209681 P
ESTATE OF RICKIE L WALKER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-21656-E-11
3830 WHITNEY OAKS DR
ROCKLIN   CA 95765-4633

### To Contact U.S. Bank

By Phone: 1-800-US BANKS
(1-800-872-2657)

**Telecommunications Device
for the Deaf:**  1-800-685-5065

Internet: usbank.com

## INFORMATION YOU SHOULD KNOW

Effective February 27, 2010 certain sections of U.S. Bank's Funds Availability Policy were updated to reflect changes related to checks no longer being classified as nonlocal checks. The following sections were updated: Longer Delays May Apply - Case by Case Delays, in some cases, we may not make all of the funds available to you; funds may not be available until the second business day after the day of your deposit, instead of what was previously noted as the fifth business day after the day of deposit. Longer Delays May Apply - Safeguard Exceptions, funds you deposited by check may be delayed for a longer period of time, they will generally be available no later than the seventh business day after the day of your deposits, instead of what was previously noted as the ninth business day after the day of deposit.

Effective June 14, 2010, the daily Continuous Overdraft Fee will be replaced with a weekly Extended Overdraft Fee. The Extended Overdraft Fee will be assessed if the available balance remains below zero for seven or more calendar days. You will be charged $25 per week (beginning on the 8th calendar day) and each week thereafter if the available balance remains below zero.

## FREE CHECKING                                                    Member FDI
U.S. Bank National Association                          Account Number 1-534-6572-6757

**Account Summary**

| | | |
|---|---:|---|
| Beginning Balance on Apr. 14 | $ 0.00 | |
| Deposits / Credits | 100.00 | Number of Days in Statement Period   1 |
| **Ending Balance on Apr. 14, 2010** | **$ 100.00** | |

### Reward Program Summary

All Rewards shown are as of Apr. 14, 2010

FlexPerks Cash Rewards Visa® Check Card     Check Card Number: *0452     FlexPerks

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 04/14/2010 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---:|
| Apr. 14 | Deposit | 5837336631 | $ 100.00 |
| | | **Total Deposits / Credits** | **$ 100.00** |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| Apr. 14 | 100.00 |



ESTATE OF RICKIE L WALKER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-21656-E-11
3830 WHITNEY OAKS DR
ROCKLIN  CA 95765-4633

**Uni-Statement**
Account Number:
1 534 6572 6757
Statement Period:
Apr. 14, 2010
through
Apr. 14, 2010



Page 2 of 2

**FREE CHECKING** **(CONTINUED**
U.S. Bank National Association  Account Number  1-534-6572-6757

Balances only appear for days reflecting change.

# RICKIE WALKER – CASE NO. 10-21656

## CASH FLOW WORKSHEET – APR. 2010

| | |
|---|---|
| BEGINNING CASH | $ 1792.00 |
| CASH INFLOWS | |
|     RENT (TRACY) | 896.00 |
|     SALES & RECEIPTS(JANITORIAL) | 2012.00 |
| **TOTAL CASH INFLOWS** | $ 2908.00 |
| AVAILABLE CASH BALANCE: | $ 4700.00 |
| | |
| BUSINESS EXPENSES | |
|     EQUIPMENT | 154.00 |
|     SUPPLIES | 100.00 |
|     TRANSPORTATION | 300.00 |
|     TELEPHONE | 75.00 |
|     INSURANCE | 150.00 |
| PERSONAL EXPENSES | |
|     PROPERTY INSURANCE(ROCKLIN) | 160.00 |
|     PROPERTY INSURANCE (TRACY) | 90.00 |
|     UTILITIES | 150.00 |
|     PROPERTY TAXES | 480.00 |
|     FOOD | 200.00 |
|     TRANSPORTATION (PERSONAL) | 153.00 |
| | |
| **TOTAL EXPENSES** | $ 2012.00 |
| **TOTAL OUTFLOWS** | $ 2012.00 |
| **ENDING CASH BALANCE** | $ 2688.00 |