FILED
May 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D67

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Rickie Walker | **Case No :** | 10-21656 - E - 11 |
| | | **Date :** | 5/20/10 |
| | | **Time :** | 10:30 |
| **Matter :** | [52] - Objection to Claim of Citibank, N.A., Claim Number 5 [MLA-3] Filed by Debtor In Possession Rickie Walker (npas) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Janet Larson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | E | | |

**APPEARANCES for :**
**Movant(s) :**
  Debtor(s) Attorney - Mitchell L. Abdallah
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

IT IS ORDERED that the objection to the claim of Citibank NA, proof of claim No. 5 on the Official Register of Claims in this case is disallowed in its entirety, without prejudice, and the creditor is given leave to file an amended claim on or before June 18, 2010.

IT IS FURTHER ORDERED that the disallowance of this claim as represented by proof of claim No. 5, does not alter, amend, modify or effect any trust deed reference in the proof of claim or the rights of the actual owner of the note which is referenced in Proof of CLaim No. 5, whomever is ultimately recognized or determined to be the owner of the note and the creditor having a secured claim.

Dated: May 27, 2010

By the Court

*/s/ Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court