FILED
May 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002651644

Mitchell L. Abdallah, CSB #: 231804
1006 4th Street, 4th Floor
Sacramento, CA 95814
Telephone: 916-446-1974
Fax: 916-446-3371

Attorney for Debtor: Rickie Walker

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re:

RICKIE WALKER,

          Debtor.

_____/

Case No.: 10-21656

DCN: MLA-004
Chapter 11

Judge: Ronald H. Sargis
Date: July 8, 2010
Time: 10:30 a.m.
Place: Dept. E, Ctrm. 33
      501 I Street, 6th Flr.
      Sacramento, CA 95814

### DEBTOR'S OBJECTION TO CLAIMS OF BAC HOME LOANS SERVICING, L.P.

COMES NOW, RICKIE WALKER, and files this Objection to Creditor BAC HOME LOANS SERVICING, L.P.'S PROOF OF CLAIM as filed by the alleged Creditor on April 28, 2010, as document number 0002591763 and states the following:

A security interest in the property of the debtor is claimed, however, the proof of claim is not accompanied by evidence that the creditor has authority to bring the claim, has

standing or that the security interest has been perfected as required under F.R.B.P. Rule 3001(d) and is facially defective and does not constitute prima facie validity of the claim.

The proof of claim does not set forth the creditor's claim with proper specificity, pursuant to F.R.B.P. Rule 3001(a) & (c).

WHEREFORE, the Debtor objects to Claim number 002591763 as filed by the Creditor and respectfully requests this Court enter an order requiring the Claimant to file an amended claim to correct the defect within 30 days and if not corrected, upon expiration of that time, the claim is disallowed in its entirety.

_____
MITCHELL L. ABDALLAH
Attorney for Debtor,
RICKIE L. WALKER