MITCHELL L. ABDALLAH, #231804
ABDALLAH LAW GROUP
1006 4TH STREET, 4TH FLOOR
SACRAMENTO, CA 95814
TEL:/ (916) 446-1974
FAX:/ (916) 446-3371
MITCH@ABDALLAHLAW.NET

Attorneys for Debtors: RICKIE WALKER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**RICKIE WALKER,**<br><br>Debtor. | Case No. 2010-21656-E-11<br><br>Date: June 29, 2010<br>Time: 2:30 p.m.<br>Judge: Ronald H. Sargis<br>Department: E<br>Place: 501 I Street, 6th Floor<br>Sacramento, CA 95814 |

### DEBTOR'S CHAPTER 11 AMENDED STATUS REPORT

Pursuant to the court's order of June 1, 2010, Rickie Walker ("Debtor"), by his undersigned attorney, respectfully submits the following Chapter 11 amended Status Report:

1. <u>History of the Debtor.</u>  Debtor filed his voluntary Chapter 11 petition in this Court on January 25, 2010. Debtor's primary sources of income are rents from real property and his janitorial business. Debtor currently owns two (2) real properties. Debtor maintains one property as his personal residence and rents the other. All of these properties have a fair market value which is significantly lower than the mortgage owed on them. Debtor,

operates a janitorial business. Due to personal circumstances, Debtor's business had declined. Since February 2010, Debtor has revived his janitorial business. Debtor's business has yielded profits since its inception. In lieu of his current income and assistance from Debtor's spouse of approximately $1,700.00 per month, Debtor may be able to file an approvable Chapter 11 plan.

2. <u>Type of Plan.</u> Debtor intends to file a plan of reorganization providing for his reorganization of debts, maintenance of real properties and business.

3. <u>Cramdown.</u> At present, Debtor does anticipate the necessity of confirming his plan of reorganization under 11 U.S.C §1129(a) (8) or 11 U.S.C. §1129 (b).

4. <u>Valuation of Assets.</u> At present, Debtor does not anticipate litigation concerning the valuation of assets.

5. <u>Cash Collateral and Adequate Protection.</u> Debtor believes that a cash collateral issue for his rental property may exist. However, Debtor does not have sufficient knowledge of the identity of the creditor/lender that the debt is owed to. Therefore, Debtor has not proposed a stipulation for use of the cash collateral stemming from the rents received. Debtor has retained all cash collateral in his debtor-in-possession account.

6. <u>Professional Fees.</u> Debtor paid attorneys fees to Counsel on behalf of his son. Debtor's son will attempt to re-pay the estate $3,000.00 for the attorneys fees paid on his behalf.

7. <u>Pending Litigation.</u> Debtor has filed objections to proofs of claims filed by creditors Citibank NA and BAC Home Loans Servicing. The Court allowed creditor Citibank NA until June 18, 2010 to file an amended claim to prove creditor was the true holder of the trust deed and loan note. Creditor Citibank NA has not done so in a timely manner. A hearing is pending to determine worthiness of creditor BAC Home Loans Servicing proof of claim. Due to the failure of secured creditors to offer adequate proof of claims, Debtor does not possess the requisite knowledge and belief to determine with specificity the security interests of all secured creditors and the amounts of such claims.

- 2 -
AMENDED STATUS REPORT

8. <u>Amendment of Schedules.</u>  Debtor will amend schedules to reflect income received from rentals; spouse's contributions; and any earnings for 2008 & 2009.  Debtor will file these amendments no later than July 28, 2010.

Dated:  25-June-2010

ABDALLAH LAW GROUP
Attorneys At Law

By: _____
Mitchell L. Abdallah
Attorney for Debtor
Rickie Walker