# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Rickie Walker | **Case No :** | 10-21656 - E - 11 |
| | | **Date :** | 7/8/10 |
| | | **Time :** | 10:30 |

**Matter :** [68] - Objection to Claim of BAC Home Loans Servicing, L.P., Claim Number 9 [MLA-4] Filed by Debtor In Possession Rickie Walker (npas)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** NOT RECORDED
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Objection to the Proof of Claim filed by the Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that Objection to Proof of Claim number 9 of BAC Home Loans Servicing, LP is sustained and the claim is disallowed in its entirety, without prejudice to the filing of a proof of claim by the party entitled to assert a claim in this case.

Dated: July 08, 2010

By the Court

*/s/ Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court