EDDIE R. JIMENEZ (CA SBN 231239)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for EMC MORTGAGE CORPORATION

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RICKIE LYNN WALKER,<br><br><br>Debtor(s). | Case No. 10-21656<br><br>Chapter 11<br><br><br>**MORTGAGEE'S NOTICE OF ADVANCE OR OTHER CONTRACTUAL EXPENSE** |

In accordance with the terms of the above-captioned Debtor(s) mortgage, this serves as notice that the authorized servicer of the mortgage has advanced funds for the Debtor(s) mortgage loan as indicated below. Pursuant to the terms of the note and/or mortgage/deed of trust, Debtor(s) is/are required to pay these fees and costs. Documentation to support the fees and costs is attached hereto, as Exhibit A.

Type of advance or contractual expense:        POC Filing Collectible

Total funds advanced/expense:        $150.00

Entity that funds were paid to:        Pite Duncan LLP

If taxes or forced placed insurance, dates covered by advance:

        PITE DUNCAN, LLP


        /s/ Eddie R. Jimenez SBN 231239
        EDDIE R. JIMENEZ
        Attorney for EMC Mortgage Corporation

Fee Notice

| Loan Number | Bkr Court Id | Adv Corporate Payee Id | Adv Amount | Adv Reason Code | Adv Transaction Date |
|---|---|---|---|---|---|
| 0020962502 | CTCAESACRA | 75R78 | 150.00 | BATF | 3/26/2010 |

EXHIBIT A

| Notes |
|---|
| POC filing collectible |

| | |
|---|---|
| 1 | EDDIE R. JIMENEZ (CA SBN 231239) |
| | PITE DUNCAN, LLP |
| 2 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 3 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 4 | Facsimile: (619) 590-1385 |
| 5 | Attorneys for EMC MORTGAGE CORPORATION |

6     UNITED STATES BANKRUPTCY COURT

7     EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | | |
|---|---|---|
| 8 | In re | Case No. 10-21656 |
| 9 | RICKIE LYNN WALKER, | Chapter 11 |
| 10 | Debtor(s). | PROOF OF SERVICE BY MAIL |

11

12         I, Sarah A. Fosu-Mensah, declare that:

13         I am employed in the County of San Diego, California. My business address is:

14 4375 Jutland Drive Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age

15 of eighteen years and not a party to this cause.

16         On July 26, 2010, I served the MORTGAGEE'S NOTICE OF ADVANCE OR

17 OTHER CONTRACTUAL EXPENSE in said cause by placing a true and correct copy thereof

18 enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San

19 Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

20         I declare under penalty of perjury that the foregoing is true and correct and that

21 this declaration was executed on July 26, 2010, at San Diego, California.

22

23                                       /s/ Sarah Fosu-Mensah
                                      SARAH A. FOSU-MENSAH

24

25

26

27

28

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **DEBTOR(S)** |
| 3 | Rickie Lynn Walker<br>3830 Whitney Oaks Drive |
| 4 | Rocklin, CA 95765-4633 |
| 5 | |
| 6 | **DEBTOR(S) ATTORNEY** |
| 7 | Mitchell L. Abdallah<br>1006 4th Street, 4th Floor<br>Sacramento, CA 95814 |
| 8 | |
| 9 | **U.S. TRUSTEE** |
| 10 | U.S. Trustee<br>Department of Justice<br>Robert T. Matsui United States Courthouse |
| 11 | 501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| 12 | ustpregion17.sc.ecf@usdoj.gov |