# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: RICKIE WALKER

Debtors

Case No.     2010-21656

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   07/31/10      **PETITION DATE:**    01/25/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $1,450,000 | $1,450,000 | |
| b. Total Assets | $1,450,000 | $1,450,000 | $1,450,000 |
| c. Current Liabilities | $15,275 | $15,275 | |
| d. Total Liabilities | $15,275 | $15,275 | $63,825 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $4,996 | $4,542 | $28,525 |
| b. Total Disbursements | $9,104 | $3,513 | $27,850 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($4,108) | $1,029 | $675 |
| d. Cash Balance Beginning of Month | $3,835 | $2,806 | $12,921 |
| e. Cash Balance End of Month (c + d) | ($273) | $3,835 | $15,352 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $0 | $0 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees   x   ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   7/14/2010 0:00

_Rickie Walker_
Responsible Individual

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1518 Michael Drive | | |
| 2 | Scheduled Gross Rents | $1,196 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | $300 | | |
| 6 | Total Deductions | $300 | $0 | $0 |
| 7 | Scheduled Net Rents | $896 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $896 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    06/30/10

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $896 | |
| 2 | Cash Received from Sales | $4,100 | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $4,996 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | $3,000 | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Busness Expenses inc. Equipt & Supples | $952 | |
| 33 | Business Transportation | $375 | |
| 34 | Business Telephone | $300 | |
| 35 | Business Insurance | $150 | |
| 36 | Personal Exp. inc. Utilities, taxes, medical, transport, Ins. & food | $4,600 | |
| 37 | **Total Cash Disbursements:** | $9,377 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | ($4,381) | $0 |
| 39 | **Cash Balance, Beginning of Period** | $3,835 | |
| 40 | **Cash Balance, End of Period** | ($546) | $0 |



**U.S. bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5281        TRN                                    X        ST01

lıldıp|ıldıldılılıp|lılılllıp|dı|lılılılılılıllı

000021132 1 AV 0.335 106481667129442 P
ESTATE OF RICKIE L WALKER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-21656-E-11
3830 WHITNEY OAKS DR
ROCKLIN  CA 95765-4633

**Uni-Statement**
Account Number:
1 534 6572 6757
Statement Period:
Jun. 15, 2010
through
Jul. 15, 2010

Page 1 of 5



☎                                 **To Contact U.S. Bank**

By Phone:                          1-800-US BANKS
                                   (1-800-872-2657)

Telecommunications Device
for the Deaf:                      1-800-685-5065

Internet:                          usbank.com

---

### INFORMATION YOU SHOULD KNOW

Effective August 15, 2010, U.S. Bank will change the cost of Overdraft Items Paid and Overdraft Items Returned (NSF). The overdraft cost will be based upon the item amount of each Overdraft Item Paid and/or Overdraft Item Returned which results in insufficient funds to cover an item as defined in Your Deposit Account Agreement. We will charge a $10 fee for each overdraft item we pay or return on your behalf that is less than or equal to $20. We will charge a $33 fee for each overdraft item we pay or return on your behalf that is greater than $20. Previously overdraft fees were assessed based on the number of overdraft occasions in a 12 month period, beginning at $19 per item for the first occasion with a maximum of $37.50 per item.

---

### FREE CHECKING                                                              *Member FDIC*

U.S. Bank National Association                                  Account Number  1-534-6572-6757

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jun. 15 | $ | 3,703.51 | | |
| Deposits / Credits | | 7,317.00 | Number of Days in Statement Period | 31 |
| Card Withdrawals | | 5,600.19- | | |
| Other Withdrawals | | 840.00- | | |
| **Ending Balance on Jul. 15, 2010** | $ | 4,580.32 | | |

## Reward Program Summary

**All Rewards shown are as of Jul. 15, 2010**

FlexPerks Cash Rewards Visa® Check Card          Check Card Number: *0452          **FlexPerks.**

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 04/14/2010 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun. 16 | Deposit | 5835207335 | $ | 290.00 |
| Jun. 21 | Deposit | 5835523204 | | 200.00 |
| Jun. 22 | Deposit | 5835630545 | | 296.00 |
| Jun. 28 | Deposit | 5734441527 | | 860.00 |
| Jun. 28 | Deposit | 5734441568 | | 1,000.00 |
| Jul. 9 | Deposit | 5836758115 | | 896.00 |
| Jul. 14 | Deposit | 5735815167 | | 1,850.00 |
| Jul. 14 | Deposit | 5735809553 | | 1,925.00 |
| | | **Total Deposits / Credits** | $ | **7,317.00** |



ESTATE OF RICKIE L WALKER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-21656-E-11
3830 WHITNEY OAKS DR
ROCKLIN CA 95765-4633

**Uni-Statement**

Account Number:
1 534 6572 6757
Statement Period:
Jun. 15, 2010
through
Jul. 15, 2010

Page 5 of 5

## FREE CHECKING                                                           (CONTINUED)
U.S. Bank National Association                          Account Number 1-534-6572-6757

### Card Withdrawals (continued)

| Date | | Description of Transaction | | Ref Number | Amount |
|------|--|----------------------------|--|------------|--------|
| Jul. | 15 | Purchase Made With PIN<br>071505 | SAFEWAY STORE ROCKLIN<br>On 071410 ILNKILNK REF 019515071505 | 0507141050 | 30.49- |

| | | |
|--|--|--|
| Card 0452 Withdrawals Subtotal | $ | 5,562.19- |
| Total Card Withdrawals | $ | 5,600.19- |

### Other Withdrawals

| Date | | Description of Transaction | Ref Number | | Amount |
|------|--|----------------------------|------------|--|--------|
| Jun. | 24 | Customer Withdrawal | 5734133540 | $ | 300.00- |
| Jul. | 6 | Customer Withdrawal | 5734969582 | | 500.00- |
| Jul. | 7 | Customer Withdrawal | 5836560167 | | 40.00- |

| | | |
|--|--|--|
| Total Other Withdrawals | $ | 840.00- |

| | Total for Statement Period | Total Year to Date |
|--|---------------------------|--------------------|
| Total Returned Item Fees | $ 0.00 | $ 0.00 |
| Total Overdraft Fees | $ 0.00 | $ 223.50 |
| Less: Waives | $ 0.00 | $ 140.00- |
| TOTAL | $ 0.00 | $ 83.50 |
| A "waive" occurs when an assessed fee is credited back automatically. | | |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Jun. 15 | 3,585.21 | Jun. 24 | 3,030.77 | Jul. 7 | 2,077.69 |
| Jun. 16 | 3,611.88 | Jun. 25 | 2,887.30 | Jul. 8 | 1,942.18 |
| Jun. 17 | 3,607.03 | Jun. 28 | 4,667.42 | Jul. 9 | 2,142.32 |
| Jun. 18 | 3,598.13 | Jun. 29 | 4,119.97 | Jul. 12 | 1,421.92 |
| Jun. 21 | 3,778.75 | Jun. 30 | 3,822.70 | Jul. 13 | 924.77 |
| Jun. 22 | 3,885.68 | Jul. 2 | 3,652.12 | Jul. 14 | 4,652.43 |
| Jun. 23 | 3,461.27 | Jul. 6 | 2,150.58 | Jul. 15 | 4,580.32 |

Balances only appear for days reflecting change.



ESTATE OF RICKIE L WALKER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-21656-E-11
3830 WHITNEY OAKS DR
ROCKLIN CA 95765-4633



**Uni-Statement**
Account Number:
1 534 6572 6757
Statement Period:
Jun. 15, 2010
through
Jul. 15, 2010

Page 2 of 5



## FREE CHECKING (CONTINUED)
U.S. Bank National Association

Account Number 1-534-6572-6757

### Card Withdrawals

| Date | | Description of Transaction | | Ref Number | Amount |
|------|---|---------------------------|---|-----------|--------|
| Jun. | 29 | Fee | ATM Withdrawal At Other Network | 2900002833 | $ 2.00- |
| Jun. | 29 | Fee | ATM Withdrawal At Other Network | 2900002834 | 2.00- |
| Jul. | 2 | Fee | ATM Withdrawal At Other Network | 0200003737 | 2.00- |
| Jul. | 6 | Fee | ATM Withdrawal At Other Network | 0600014108 | 2.00- |
| Jul. | 6 | Fee | ATM Withdrawal At Other Network | 0600014109 | 2.00- |
| Jul. | 6 | Fee | ATM Withdrawal At Other Network | 0600014110 | 2.00- |
| Jul. | 6 | Fee | ATM Withdrawal At Other Network | 0600014111 | 2.00- |
| Jul. | 8 | Fee | ATM Withdrawal At Other Network | 0800003577 | 2.00- |
| Jul. | 9 | Fee | ATM Withdrawal At Other Network | 0900003720 | 2.00- |
| Jul. | 9 | Fee | ATM Withdrawal At Other Network | 0900003721 | 2.00- |
| Jul. | 9 | Fee | ATM Withdrawal At Other Network | 0900003722 | 2.00- |
| Jul. | 12 | Fee | ATM Withdrawal At Other Network | 1200008621 | 2.00- |
| Jul. | 12 | Fee | ATM Withdrawal At Other Network | 1200008622 | 2.00- |
| Jul. | 12 | Fee | ATM Withdrawal At Other Network | 1200008623 | 2.00- |
| Jul. | 12 | Fee | ATM Withdrawal At Other Network | 1200008624 | 2.00- |
| Jul. | 12 | Fee | ATM Withdrawal At Other Network | 1200008625 | 2.00- |
| Jul. | 13 | Fee | ATM Withdrawal At Other Network | 1300004066 | 2.00- |
| Jul. | 13 | Fee | ATM Withdrawal At Other Network | 1300004067 | 2.00- |
| Jul. | 13 | Fee | ATM Withdrawal At Other Network | 1300004068 | 2.00- |

Card Number xxxx-xxxx-xxxx- 0452

| Date | | Description of Transaction | | Ref Number | Amount |
|------|---|---------------------------|---|-----------|--------|
| Jun. | 15 | Visa Purchase (Non-PIN) CHEVRON 00210283 | On 061410 ROSEVILLE CA REF # 24046030166000027481 US2 | 6000027481 | 10.01- |
| Jun. | 15 | Visa Purchase (Non-PIN) TERIYAKI GRILL | On 061310 SACRAMENTO CA REF # 24761970165274354010 US2 | 5274354010 | 10.44- |
| Jun. | 15 | Visa Purchase (Non-PIN) FEDEX OFFICE #05 | On 061410 SACRAMENTO CA REF # 24445000166307025420 US2 | 6307025420 | 17.33- |
| Jun. | 15 | Visa Purchase (Non-PIN) SHELL OIL 574434 | On 061310 SACRAMENTO CA REF # 24316050165548505033 US2 | 5548505033 | 40.07- |
| Jun. | 15 | Purchase Made With PIN 155108 | ARCO PAYPOINT ROCKLIN On 061510 ILNKILNK REF 016615155108 You Requested $10 In Cash Back | 0806151419 | 40.45- |
| Jun. | 16 | Purchase Made With PIN 680799 | SHELL Service St VALLEJO On 061510 ILNKILNK REF 016618680799 | 9906151752 | 10.26- |
| Jun. | 16 | Purchase Made With PIN 061971 | SAFEWAY STORE ROCKLIN On 061510 ILNKILNK REF 016617061971 | 7106151239 | 15.68- |
| Jun. | 16 | Visa Purchase (Non-PIN) MERCEDES BENZ OF | On 061510 OAKLAND CA REF # 24492790166118000100 US2 | 6118000100 | 237.39- |
| Jun. | 17 | Visa Purchase (Non-PIN) FEDEX OFFICE #14 | On 061610 ROCKLIN CA REF # 24445000168309799389 US2 | 8309799389 | 0.39- |
| Jun. | 17 | Visa Purchase (Non-PIN) FEDEX OFFICE #14 | On 061610 ROCKLIN CA REF # 24445000168309799389 US2 | 8309799389 | 4.46- |
| Jun. | 18 | Visa Purchase (Non-PIN) SUBWAY      00 | On 061610 ROCKLIN CA REF # 24164070168255206507 US2 | 8255206507 | 8.90- |
| Jun. | 21 | Purchase Made With PIN 530677 | SAFEWAY STORE ROCKLIN On 062110 ILNKILNK REF 017207530677 | 7706210253 | 19.38- |
| Jun. | 22 | Visa Purchase (Non-PIN) CHEVRON 00099148 | On 062110 DAVIS CA REF # 24046030173000017264 US2 | 3000017264 | 13.55- |
| Jun. | 22 | Visa Purchase (Non-PIN) DTV*DIRECTV SERV | On 062110 800-347-3288 CA REF # 24692160172000208785 US2 | 2000208785 | 175.52- |
| Jun. | 23 | Visa Purchase (Non-PIN) PLACER COUNTY WA | On 062210 530-8234840  CA REF # 24717050173641733791 US2 | 3641733791 | 2.75- |
| Jun. | 23 | Purchase Made With PIN 945217 | SAFEWAY STORE ROCKLIN On 062210 ILNKILNK REF 017317945217 | 1706221226 | 22.20- |
| Jun. | 23 | Visa Purchase (Non-PIN) PLACER COUNTY WA | On 062210 530-8234840  CA REF # 24717050173641733791 US2 | 3641733791 | 399.46- |
| Jun. | 24 | Purchase Made With PIN 500959 | MACY'S SACRAMENTO On 062310 ILNKILNK REF 017500500959 | 5906231906 | 130.50- |



ESTATE OF RICKIE L WALKER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-21656-E-11
3830 WHITNEY OAKS DR
ROCKLIN CA 95765-4633

**Uni-Statement**
Account Number:
1 534 6572 6757
Statement Period:
Jun. 15, 2010
through
Jul. 15, 2010

Page 3 of 5

## FREE CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number 1-534-6572-6757

### Card Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun. 25 | Visa Purchase (Non-PIN) TOSHIS TERIYAKI | On 062410 SACRAMENTO CA REF # 24717050176131760881 US2 | 6131760881 | 20.34- |
| Jun. 25 | Visa Purchase (Non-PIN) SIZZLE MONGOLIAN | On 062310 ROCKLIN CA REF # 24013390175019448869 US2 | 5019448869 | 25.55- |
| Jun. 25 | Visa Purchase (Non-PIN) CHEVRON 00309216 | On 062310 ROSEVILLE CA REF # 24625120175401707750 US2 | 5401707750 | 28.24- |
| Jun. 25 | Visa Purchase (Non-PIN) SPRINGHILL SUITE | On 062310 ROSEVILLE CA REF # 24610430175004052180 US2 | 5004052180 | 69.34- |
| Jun. 28 | Visa Purchase (Non-PIN) FEDEX OFFICE #05 | On 062610 SACRAMENTO CA REF # 24445000178324038360 US2 | 8324038360 | 1.20- |
| Jun. 28 | Visa Purchase (Non-PIN) FEDEX OFFICE #32 | On 062510 ROSEVILLE CA REF # 24445000177323363942 US2 | 7323363942 | 21.86- |
| Jun. 28 | Purchase Made With PIN 361284 | ARCO PAYPOINT ROCKLIN On 062510 ILNKILNK REF 017619361284 | 8406251823 | 25.45- |
| Jun. 28 | Visa Purchase (Non-PIN) TARGET 00 | On 062410 LINCOLN CA REF # 24164070176091008011 US2 | 6091008011 | 31.37- |
| Jun. 29 | Visa Purchase (Non-PIN) CHEVRON 00210283 | On 062810 ROSEVILLE CA REF # 24046030180000037443 US2 | 0000037443 | 35.00- |
| Jun. 29 | Visa Purchase (Non-PIN) FEDEX OFFICE #05 | On 062810 SACRAMENTO CA REF # 24445000180326661076 US2 | 0326661076 | 46.67- |
| Jun. 29 | Visa Purchase (Non-PIN) FEDEX OFFICE #32 | On 062710 ROSEVILLE CA REF # 24445000179325979546 US2 | 9325979546 | 54.78- |
| Jun. 29 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA Serial No. 969932062247PLUSTERM | | 203.50- |
| Jun. 29 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA Serial No. 958211035349PLUSTERM | | 203.50- |
| Jun. 30 | Visa Purchase (Non-PIN) FEDEX OFFICE #32 | On 062810 ROSEVILLE CA REF # 24445000180327350115 US2 | 0327350115 | 40.00- |
| Jun. 30 | Visa Purchase (Non-PIN) VANS #175 | On 062810 SACREMENTO CA REF # 24427330180720004592 US2 | 0720004592 | 97.83- |
| Jun. 30 | Visa Purchase (Non-PIN) HAMPTON INN ROSE | On 062710 ROSEVILLE CA REF # 24761970180556011090 US2 | 0556011090 | 159.44- |
| Jul. 2 | Purchase Made With PIN 882833 | SAFEWAY STORE ROCKLIN On 070110 ILNKILNK REF 018218882833 | 3307011353 | 65.08- |
| Jul. 2 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA Serial No. 926752002753PLUSTERM | | 103.50- |
| Jul. 6 | Visa Purchase (Non-PIN) FEDEX OFFICE #14 | On 070310 ROCKLIN CA REF # 24445000185333947136 US2 | 5333947136 | 0.67- |
| Jul. 6 | Visa Purchase (Non-PIN) RED HAWK CYBER Q | On 070310 PLACERVILLE CA REF # 24493980185206346100 US2 | 5206346100 | 5.00- |
| Jul. 6 | Visa Purchase (Non-PIN) RED HAWK CYBER Q | On 070310 PLACERVILLE CA REF # 24493980185206346100 US2 | 5206346100 | 10.00- |
| Jul. 6 | Visa Purchase (Non-PIN) TERIYAKI GRILL | On 070110 SACRAMENTO CA REF # 24761970183207153500 US2 | 3207153500 | 12.62- |
| Jul. 6 | Purchase Made With PIN 558285 | SAFEWAY STORE ROCKLIN On 070410 ILNKILNK REF 018604558285 | 8507042355 | 15.80- |
| Jul. 6 | Visa Purchase (Non-PIN) RED HAWK CYBER Q | On 070310 PLACERVILLE CA REF # 24493980185206346100 US2 | 5206346100 | 20.00- |
| Jul. 6 | Purchase Made With PIN 975960 | ARCO PAYPOINT FAIR OAKS On 070310 ILNKILNK REF 018421975960 | 6007032001 | 35.45- |
| Jul. 6 | Visa Purchase (Non-PIN) KOI PALACE | On 070310 LINCOLN CA REF # 24492790185118000173 US2 | 5118000173 | 80.00- |
| Jul. 6 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA Serial No. 618245034250PLUSTERM | | 203.50- |
| Jul. 6 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA Serial No. 608562030834PLUSTERM | | 203.50- |
| Jul. 6 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA Serial No. 407950000247PLUSTERM | | 203.50- |



ESTATE OF RICKIE L WALKER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-21656-E-11
3830 WHITNEY OAKS DR
ROCKLIN CA 95765-4633





# Uni-Statement
Account Number:
1 534 6572 6757
Statement Period:
Jun. 15, 2010
through
Jul. 15, 2010

Page 4 of 5

## FREE CHECKING (CONTINUED)
U.S. Bank National Association

**Account Number 1-534-6572-6757**

### Card Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul. 6 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 203.50- |
| | | Serial No. 341386221726PLUSTERM | | |
| Jul. 7 | Purchase Made With PIN 415919 | SAFEWAY STORE ROCKLIN | 1907070004 | 32.89- |
| | | On 070710 ILNKILNK REF 018805415919 | | |
| Jul. 8 | Visa Purchase (Non-PIN) CHEVRON 00099148 | On 070710 DAVIS CA | 8000216724 | 30.01- |
| | | REF # 24046030188000216724 US2 | | |
| Jul. 8 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 103.50- |
| | | Serial No. 822478151656PLUSTERM | | |
| Jul. 9 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 103.50- |
| | | Serial No. 992620230056PLUSTERM | | |
| Jul. 9 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 103.50- |
| | | Serial No. 931731203015PLUSTERM | | |
| Jul. 9 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 203.50- |
| | | Serial No. 940120205038PLUSTERM | | |
| Jul. 9 | Purchase Made With PIN 145222 | WALGREEN COMPANY ROCKLIN | 2207091422 | 279.36- |
| | | On 070910 ILNKILNK REF 019019145222 | | |
| Jul. 12 | Visa Purchase (Non-PIN) JOHNNY ROCKETS # | On 070910 SACRAMENTO CA | 1191355204 | 10.64- |
| | | REF # 24418000191191355204 US2 | | |
| Jul. 12 | Purchase Made With PIN 773480 | WAL-MART #1988 ROSEVILLE | 8007100251 | 24.82- |
| | | On 071010 ILNKILNK REF 019103773480 | | |
| Jul. 12 | Purchase Made With PIN 670689 | ARCO PAYPOINT ROCKLIN | 8907121249 | 26.99- |
| | | On 071210 ILNKILNK REF 019313670689 | | |
| Jul. 12 | Purchase Made With PIN 789272 | ARCO PAYPOINT SACRAMENTO | 7207091833 | 30.45- |
| | | On 070910 ILNKILNK REF 019019789272 | | |
| Jul. 12 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 103.50- |
| | | Serial No. 480274004631PLUSTERM | | |
| Jul. 12 | ATM Withdrawal | GCA* RED HAWK CA PLACERVILLE CA | | 103.50- |
| | | Serial No. 425478220041PLUSTERM | | |
| Jul. 12 | ATM Withdrawal | GCA* RED HAWK CA PLACERVILLE CA | | 103.50- |
| | | Serial No. 421632215029PLUSTERM | | |
| Jul. 12 | ATM Withdrawal | GCA* RED HAWK CA PLACERVILLE CA | | 103.50- |
| | | Serial No. 417357213926PLUSTERM | | |
| Jul. 12 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 203.50- |
| | | Serial No. 325577203126PLUSTERM | | |
| Jul. 13 | Visa Purchase (Non-PIN) FEDEX OFFICE #14 | On 071210 ROCKLIN CA | 4345796335 | 8.37- |
| | | REF # 24445000194345796335 US2 | | |
| Jul. 13 | Visa Purchase (Non-PIN) FEDEX OFFICE #32 | On 071210 ROSEVILLE CA | 4345796335 | 72.28- |
| | | REF # 24445000194345796335 US2 | | |
| Jul. 13 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 103.50- |
| | | Serial No. 703451203125PLUSTERM | | |
| Jul. 13 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 103.50- |
| | | Serial No. 703128203025PLUSTERM | | |
| Jul. 13 | ATM Withdrawal | GCA* THUNDER VAL LINCOLN CA | | 203.50- |
| | | Serial No. 797502024244PLUSTERM | | |
| Jul. 14 | Visa Purchase (Non-PIN) FEDEX OFFICE #32 | On 071310 ROSEVILLE CA | 5347120224 | 5.45- |
| | | REF # 24445000195347120224 US2 | | |
| Jul. 14 | Purchase Made With PIN 179722 | ARCO PAYPOINT ROCKLIN | 2207141540 | 20.45- |
| | | On 071410 ILNKILNK REF 019516179722 | | |
| Jul. 14 | Purchase Made With PIN 485853 | WAL-MART #1988 ROSEVILLE | 5307132204 | 21.44- |
| | | On 071310 ILNKILNK REF 019423485853 | | |
| Jul. 15 | Visa Purchase (Non-PIN) THUNDER VALLEY R | On 071210 LINCOLN CA | 5118000172 | 16.17- |
| | | REF # 24492790195118000172 US2 | | |
| Jul. 15 | Purchase Made With PIN 148016 | ARCO PAYPOINT ROCKLIN | 1607151623 | 25.45- |
| | | On 071510 ILNKILNK REF 019617148016 | | |
| | | You Requested $5 In Cash Back | | |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.      $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.      $_____

5. Total lines 3 and 4.      $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.      $_____

7. Subtract line 6 from line 5. This is your balance.      $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## CONSUMER BILLING RIGHTS SUMMARY

### In Case of Errors or Questions About Your Credit Card or Line of Credit Statement

If you think your statement is wrong, or if you need more information about a transaction, write to us on a separate sheet at the address shown on your credit card or line of credit statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, provide us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Date the transaction occurred.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## SPECIAL RULE FOR CREDIT CARD PURCHASES

If you have a problem with the quality of the goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

## RESERVE LINE

Reserve Line Balance Computation Method: To calculate the Balance Subject to Interest Rate (sometimes referred to as the "average daily balance"), we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid interest charges. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your Balance Subject to Interest Rate. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

Member FDIC

EQUAL HOUSING
LENDER

3836 WHITNEY OAKS

Pacific Gas and Electric Company
5777844426335
KSD4 07-26-2010 03:13PM

5777843399 4                    $700.00
-----------------------------------
Total Payments              $700.00
-----------------------------------

5777843399 4
  Cash                         $700.00
-----------------------------------
Total Tendered              $700.00
-----------------------------------

Thank you for your payment.

*123000220*
07/19/2010
000000099007470

This is a LEGAL COPY of your
check. You can use it the same way
you would use the original check.

RETURN REASON E
UTLA - Unable to
Locate Account

00001566

ADRIAN O WILLIAMS    CDL B5833226
TWYLA N ROBERSON    CDL A8823079
(510)764-7484
2005 SAN JOSE DR APT M160
ANTIOCH, CA 94509

199

11-35/1210
6879

Banking On America

Date July 13, 2010

Pay to the
Order of  Rickie Walton    $ 1,850.00

RETURN REASON (E)
UTLA - UNABLE TO LOCATE ACCOUNT

One thousand eight hundred and fifty dollars, zero cents    Dollars

Bank of America
Lone Tree Branch #1819
4500 Lone Tree Way
Antioch, CA 94509    (510) 682-4844

Adrian O Williams

For _____

⑈121000358⑈0199 1819200308⑈    0000185000

⑈121000358⑈0199 1819200308⑈    0000185000

*123000220*
07/19/2010
000000099000236

This is a LEGAL COPY of your
check. You can use it the same way
you would use the original check.

RETURN REASON D
Closed Account

00001567

ZEPHERINE M ROBERSON
2520 COLLEGE AVE APT 107
BERKELEY, CA 94704

154

11-4288/1210 4070
3470010483

July 13, 2010    Date

Pay to the
Order of  Rickie Walton    $ 1,925.00

RETURN REASON (D)
UTLA - CLOSED ACCOUNT

Nineteen hundred twenty-five dollars, even 00    Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
California
wellsfargo.com

For Monroe    Zepherine M Roberson

⑈121042882⑈ 3470010483⑈00154    0000192500

⑈121042882⑈3470010483⑈00154    0000192500

 **NOTICE OF HOLD**

Customer Name: rickie walker

Account Number: XXXXXXXXXXX6757

Date of Transaction: 07/14/10

Date of Notice: 07/14/10

Amount of Deposit:     $1,925.00

Cashed Check Amount:

We are delaying the availability of     $1,925.00   These funds will be available as follows:

$1,925.00   will be available on July 23 , 2010

The funds are being held due to: Outside Bank Information

Notice given at time of transaction?     ☐ Yes     ☒ No

*If you did not receive a notice at the time of your transaction and the check(s) subject to this hold is paid, we will refund to you any fees for overdrafts or returned checks that result solely from the additional delay that we are imposing. To obtain a refund of such fees, please contact your branch or account officer.*

Prepared by: alex rankin

Phone #: 916-920-4111

Branch: U.S. BANK POINT WEST

L

*Customer Copy*

# Pro-Tech Carpet Cleaning & 24 Hrs Water

## Damage Restoration

### Ph: 209-321-9563  Fax: 209-833-7976

### ** Serving The Valley. **

Uphostery,Area Rugs,Tile Floors,Autos,RVs

864 Bogetti Lane
Tracy, CA
95376
Lic.# 53470

| | |
|---|---|
| Job Date: | 6/29/2010 |
| Appt.Time: | 9:30 pm |
| Job Invoice #: | 99 |
| Job P.O.#: | |
| Terms: | |
| Tech: | Ernie J. |

Clean  * Estimate

~~Deflooding~~ / Repair

Restretching

Carpet Installment

**Customer Address,Tele,Cell,Pager:**
Rickie Walker
1518 Micheal Dr.
Tracy,Ca.95376

**Job Site Address,Tele,Cell,Pager:**
Rickie Walker
1518 Micheal Dr.
Tracy, Ca.95376

- [ ] Traffic Only
- [ ] Living Rm
- [ ] Family Rm
- [ ] Dining Rm
- [ ] Hall
- [ ] Entry
- [ ] M Bed
- [ ] Bedroom
- [ ] Bedroom
- [ ] Bathroom
- [ ] Office
- [ ] X Room
- [ ] Stairs
- [ ] Protector
- [ ] Deo
- [ ] Couch
- [ ] Chair
- [ ] Recliner
- [ ] Loveseat
- [ ] Sectional
- [ ] Ottoman
- [ ] Din Chairs
- [ ] Office Chairs
- [ ] Protector
- [ ] Deo
- [ ]
- [ ] Carpet Rake
- [ ] Stair Rake

| Qty: | Item: | Description: | UnitPrice: | Subtotal: |
|---|---|---|---|---|
| | Carpet Deflooding. | Emergency water flood damage extraction service call is $150 ( M - F 9 am - 4:59 pm ), after normal business hrs. (5 pm - 8:59 am M - F &  weekends service call is $250. * If Pro-Tech is'nt hired to render service to customer then the minimum service call apply, in the amount of $150.  DATE: 6/29/2010 | 250.00 | 250.00 |
| | Clear Water Extra... | Clear Water is refered to as Clean,normal tap water; clear water extraction of carpet throughout water damage areas in home , " CUSTOMER AUTHORIZED PRO-TECH TO EXTRACT FLOOD WATER ON TOP OF CARPET *( ONLY} , UNTIL HE GET IN CONTACT WITH HIS INSURANCE COMPANY BEFORE HE GIVES FUTHER INSTRUCTIONS ". DATE: 6/29/2010 | 800.00 | 800.00 |

* Estimate Invalid After 30 Days.

Total = Next Page

## MAY IMPROVE 75% TO 90%    WE MOVE LIGHT FURNITURE ONLY

**Comments/Pre-Existing Conditions:** Pro-Tech Carpet Cleaning + 24 Hrs. Water Damage Restoration rendered the above services on the item and description box above at above customers request and approval.

Start:_____ End:_____ Total Sq.Ft._____ Amt.Per Sq.Ft._____ BILL:___ CASH:___ CHECK#___ C.C.#_____
AP#_____ Balance Due:_____ I certify that I have read conditions on reverse side and agree to
same."ALSO" above work was completed to my satisfaction:  Job Ending Date:  6/29/2010

### Signature: X _____...

PRO-TECH A PROFESSIONAL COMPANY.    E-mail : ernieprotech@earthlink.net    * Thank you for your business.*

Page 1

# Pro-Tech Carpet Cleaning & 24 Hrs Water

## Damage Restoration

864 Bogetti
Lane
Tracy, CA
95376
Lic.# 53470

### Ph: 209-321-9563  Fax: 209-833-7976

### ** Serving The Valley. **

Uphostery,Area Rugs,Tile Floors,Autos,RVs

| Job Date: | 6/29/2010 |
|---|---|
| Appt.Time: | 9:30 pm |
| Job Invoice #: | 99 |
| Job P.O.#: | |
| Terms: | |
| Tech: | Ernie J. |

| Clean | * Estimate |
|---|---|
| Defloding / Repair | |
| Restretching | |
| Carpet Installment | |

**Customer Address,Tele,Cell,Pager:**

Rickie Walker
1518 Micheal Dr.
Tracy,Ca.95376

**Job Site Address,Tele,Cell,Pager:**

Rickie Walker
1518 Micheal Dr.
Tracy, Ca.95376

| Qty: | Item: | Description: | UnitPrice: | Subtotal: |
|---|---|---|---|---|
| | DryWall TearOut | " CUSTOMER AUTHORIZED PRO-TECH  to remove partial saturated drywall from family rm. and kitchen ceiling *{ONLY }, to release standing flood water above ceiling to prevent future adverse condition ".  UNTIL HE GET IN CONTACT WITH HIS INSURANCE COMPANY BEFORE HE GIVES FUTHER INSTRUCTIONS ". DATE: 6/29/20102010 | 1,250.00 | 1,250.00 |

*Paid IN Full Cash per: Ernie Johnson C. EO.*

- ☐ Traffic Only
- ☐ Living Rm
- ☐ Family Rm
- ☐ Dining Rm
- ☐ Hall
- ☐ Entry
- ☐ M Bed
- ☐ Bedroom
- ☐ Bedroom
- ☐ Bathroom
- ☐ Office
- ☐ X Room
- ☐ Stairs
- ☐ Protector
- ☐ Deo
- ☐ Couch
- ☐ Chair
- ☐ Recliner
- ☐ Loveseat
- ☐ Sectional
- ☐ Ottoman
- ☐ Din Chairs
- ☐ Office Chairs
- ☐ Protector
- ☐ Deo
- ☐ Carpet Rake
- ☐ Stair Rake

* Estimate Invalid After 30 Days.

**Total** = $2,300.00

### MAY IMPROVE 75% TO 90%          WE MOVE LIGHT FURNITURE ONLY

Comments/Pre-Existing Conditions: Pro-Tech Carpet Cleaning + 24 Hrs. Water Damage Restoration rendered the above services on the item and description box above at above Customers request and approval.

Start:____ End:____ Total Sq.Ft.____ Amt.Per Sq.Ft.____ BILL:___ CASH:___ CHECK#___ C.C.#_____
AP#_____ Balance Due:_____ I certify that I have read conditions on reverse side and agree to same."ALSO" above work was completed to my satisfaction:  Job Ending Date:  6/29/2010

### Signature: X _____

PRO-TECH A PROFESSIONAL COMPANY.    E-mail : ernieprotech@earthlink.net     * Thank you for your business.*

Page 2