UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Rickie Walker | **Case No :** | 10-21656 - E - 11 |
| | | **Date :** | 8/24/10 |
| | | **Time :** | 02:30 |

**Matter :** Status Conference - [1] - Chapter 11 Voluntary Petition. Missing Document(s): Exhibit D w/Certificate for Debtor; Statement of Financial Affairs; Attorney Disclosure Statement; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; Means Test - Form 22B; Document(s) due by 2/8/2010. (swas)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Tejvir Grewel
**Respondent(s) :**
None

HEARING CONTINUED TO: 9/21/10 at 02:30 PM

The hearing was continued for the following reason(s):

The Status Conference is continued September 21, 2010, 2:30 p.m., to afford the Debtor the opportunity to file a Chapter 11 Plan and Disclosure Statement, and effectively prosecute this Chapter 11 case.