

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | ) Case No. 10-21656-E-11 |
| RICKIE WALKER, | ) |
| | ) DATE: September 21, 2010 |
| Debtor. | ) TIME: 2:30 p.m. |
| | ) DEPT: E |

**ORDER TO SHOW CAUSE**

The Debtor's attorney having appeared at a regularly noticed hearing in this case, a review of the files in this case, and good cause appearing,

**IT IS ORDERED** that counsel for Rickie Walker, debtor in the above-captioned case, shall appear on September 21, 2010, at 2:30 p.m. in Department E of the United States Bankruptcy Court, 501 I Street, 6th Floor, Sacramento, California, to show cause as to why the court should not dismiss this case for lack of prosecution.

Dated: August 26, 2010

RONALD H. SARGIS, Judge
United States Bankruptcy Court

**CERTIFICATE OF MAILING**

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that the attached document(s) was served by mail to the following entities listed at the address(es) shown below:

Service List:

Mitchell Abdallah
1006 4th Street, 4th Floor
Sacramento, CA 95814

Rickie Walker
3830 Whitney Oaks Dr
Rocklin, CA 95765

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

DATE: 8/30/10

_____
Deputy Clerk