Case 10-21656 Filed 10/20/10 Doc 107

FILED
October 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003015645

1 | STEVEN W. PITE (CA SBN 157537)
2 | DAVID E. MCALLISTER (CA SBN 185831)
    EDDIE R. JIMENEZ (CA SBN 231239)
3 | PITE DUNCAN, LLP
    4375 Jutland Drive, Suite 200
4 | P.O. Box 17933
    San Diego, CA 92117-0933
5 | Telephone: (858) 750-7600
    Facsimile: (619) 590-1385

6 | Attorneys for CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF
7 | STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES
8 | SERIES 2007-3

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RICKIE WALKER,<br><br>Debtor. | Case No. 10-21656<br><br>Chapter 11 |
| CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3<br><br>Movant,<br><br>vs.<br><br>RICKIE WALKER,<br><br>Respondent. | D.C. No. PD-1<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO VACATE ORDER SUSTAINING OBJECTION TO CLAIM OF CITIBANK, N.A., CLAIM NUMBER 5, OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF ORDER SUSTAINING OBJECTION TO CLAIM OF CITIBANK, N.A., CLAIM NUMBER 5**<br><br>**Hearing:**<br>Date: November 4, 2010<br>Time: 10:30<br>Crtm: 33<br><br>Judge: Hon. Ronald H. Sargis<br><br>501 I Street, 6th Floor, Sacramento, CA 95814 |

COMES NOW CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS

OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A

TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3 ("Citibank") by

1

and through its counsel, Pite Duncan, LLP ("Pite Duncan"), hereby respectfully requests this Honorable Court take judicial notice of the following facts and documents pursuant to the provisions of Rule 201(b) and Rule 201(d) of the Federal Rules of Evidence, made applicable to these proceedings under Rule 9017 of the Rules of Bankruptcy Procedure:

1.   The Bankruptcy Court docket in the Debtor's Chapter 11 bankruptcy case number 10-21656 filed on January 25, 2010.  A true and correct copy of the Court's docket in the aforementioned Chapter 11 bankruptcy case is attached hereto as **Exhibit A** and is incorporated herein by reference.

2.   The Request for Special Notice and Service of Papers and Reservation of Rights filed on March 19, 2010.  A true and correct copy of the Request for Special Notice and Reservation of Rights is attached hereto as **Exhibit B** and is incorporated herein by reference.

3.   The Proof of Claim and Proof of Claim Breakdown Sheet as filed on March 19, 2010, in bankruptcy case number 10-21656 as claim number 5.  True and correct copies of the Proof of Claim and Proof of Claim Breakdown Sheet are attached hereto as **Exhibit C** and are incorporated herein by reference.

4.   Debtor's Objection to Citibank's Proof of Claim No. 5 as filed on April 6, 2010, in bankruptcy case number 10-21656.  A true and correct copy of the Debtor's Objection to Citibank's Proof of Claim No. 5 is attached hereto as **Exhibit D** and is incorporated herein by reference.

5.   Debtor's Certificate of Mailing filed concurrently with the Debtor's Objection to Citibank's Proof of Claim No. 5 as referenced in number 4 above.  A true and correct copy of Debtor's Certificate of Mailing as filed concurrently with the Debtor's Objection Citibank's Proof of Claim No. 5 is attached hereto as **Exhibit E** and is incorporated herein by reference.

6.   The court's Civil Minute Order regarding Debtor's as entered in bankruptcy case number 10-21656 on May 27, 2010.  A true and correct copy of the court's Civil Minute Order as filed in the aforementioned Chapter 11 bankruptcy case is attached hereto as **Exhibit F** and is incorporated herein by reference.

/./././

1  7. Debtor's Objection to BAC Home Loans Servicing, L.P.'s Claim No. 9 as filed on May 21, 2010, in bankruptcy case number 10-21656. A true and correct copy of the Debtor's Objection to BAC Home Loans Servicing, L.P.'s Claim No. 9 is attached hereto as **Exhibit G** and is incorporated herein by reference.

8. The June 28, 2010 Amended Status Report as filed by the Debtor in bankruptcy case number 10-21656. A true and correct copy of the Amended Status Report is attached hereto as **Exhibit H** and is incorporated herein by reference.

9. The court's Civil Minute Order to Debtor's Objection to BAC Home Loans Servicing, L.P.'s Claim No. 9 as entered in bankruptcy case number 10-21656 on July 8, 2010. A true and correct copy of the court's Civil Minute Order as filed in the aforementioned Chapter 11 bankruptcy case is attached hereto as **Exhibit I** and is incorporated herein by reference.

Dated: September 24, 2010        PITE DUNCAN, LLP


/s/Eddie R. Jimenez (CA SBN 231239)
EDDIE R. JIMENEZ
Attorneys for CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3