# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Rickie Walker | **Case No :** | 10-21656 - E - 11 |
| | | **Date :** | 10/26/10 |
| | | **Time :** | 2:30 |
| **Matter :** | [86] - Order to Show Cause; Show Cause hearing to be held on 9/21/2010 at 02:30 PM at Sacramento Courtroom 33, Department E (jris) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Janet Larson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | E | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
  Debtor(s) Attorney - Tejvir Grewal


ORDER TO SHOW CAUSE was :
Discharged
See Findings of fact and conclusions of law below

The court will issue a minute order.

Debtor's Atty: Mitchell L. Abdallah

Notes:

Order to Show Cause continued from September 21, 2010, to allow the Debtor to file a proposed disclosure statement and plan, and to set for hearing a motion to approve the proposed disclosure statement;

As of October 21, 2010, no disclosure statement or plan filed [docket #89]

Order to show cause is discharged.