FILED
November 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D131

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Rickie Walker | **Case No :** | 10-21656 - E - 11 |
| | | **Date :** | 10/26/10 |
| | | **Time :** | 2:30 |
| **Matter :** | [86] - Order to Show Cause; Show Cause hearing to be held on 9/21/2010 at 02:30 PM at Sacramento Courtroom 33, Department E (jris) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Janet Larson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | E | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
   Debtor(s) Attorney - Tejvir Grewal

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Order to Show Cause having been presented to the court, upon consideration of the pleadings in this case, the arguments of counsel and good cause appearing,

IT IS ORDERED that the Order to Show Cause is discharged and no sanctions ordered thereon.

Dated: November 03, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court