FILED
November 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D134

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Rickie Walker | **Case No :** | 10-21656 – E – 11 |
| | | **Date :** | 11/4/10 |
| | | **Time :** | 10:30 |

**Matter :** [90] – Motion/Application to Vacate [PD-1] [67] Order on Objection to Claim Filed by Creditor Citibank, N.A. (jris)
[90] – Motion/Application to Reconsider [PD-1] [67] Order on Objection to Claim Filed by Creditor Citibank, N.A. (jris)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
(by phone) Creditor's Attorney – Eddie Jimenez
**Respondent(s) :**
Debtor(s) Attorney – Mitchell L. Abdallah

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Vacate Order Sustaining Objection to Claim of Citibank, N.A., Claim Number 5, or in the Alternative, For Reconsideration of Order Sustaining Objection to Claim of Citibank, N.A., Claim Number 5 filed by Citibank, N.A., Trustee, having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that only the portion of the May 27, 2010, order of this court, Docket Entry No. 67, Sustaining the Objection to Claim, DCN MLA-3, granting the creditor leave to file an amended claim on or before June 18, 2010, is vacated, and that all remaining provisions of the order remain in full force and effect.

IT IS FURTHER ORDERED that Citibank, N.A., Trustee, and EMC Mortgage Corporation, as the attorney in fact and agent of Citibank, N.A., Trustee, shall file an amended proof of claim or new proof of claim in this Chapter 11 case on or before December 31, 2010. Failure to file a proof of claim does not impair, alter, terminate or effect any rights or interests either Citibank, N.A., Trustee, or EMC Mortgage Corporation, as the attorney in fact and agent of Citibank, N.A., Trustee, otherwise have under applicable bankruptcy law as the holder of a secured claim or interests in any trust deed securing a claim.

Dated: November 07, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court