Case 10-21656   Filed 02/17/11   Doc 152

FILED
February 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003291020

STEVEN W. PITE (CA SBN 157537)
DAVID E. MCALLISTER (CA SBN 185831)
EDDIE R. JIMENEZ (CA SBN 231239)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for  CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RICKIE LYNN WALKER<br><br>Debtor. | Case No. 10-21656<br><br>Chapter 11<br><br>D.C. No. PD-1 |
| CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3<br><br>Movant,<br><br>vs.<br><br>RICKIE WALKER,<br><br>Respondent. | **DECLARATION OF SANDRA GARCIA-HARRIS IN SUPPORT OF MOTION TO VACATE ORDER SUSTAINING OBJECTION TO CLAIM OF CITIBANK, N.A., CLAIM NUMBER 5, OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF ORDER SUSTAINING OBJECTION TO CLAIM OF CITIBANK, N.A., CLAIM NUMBER 5**<br><br>**Hearing:**<br>Date: November 4, 2010<br>Time: 10:30 A.M.<br>Crtm: 33<br>Judge: Hon. Ronald H. Sargis |

I, Sandra Garcia-Harris, declare:

1.  I am employed as an Assistant Vice President of EMC Mortgage Corporation ("EMC"), as servicer and attorney-in-fact for Citibank, N.A., as Trustee ("Citibank") for the Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2007-3 (the "Trust"), and am duly authorized to make this declaration on Citibank's behalf. I have personal knowledge of the matters set forth in

- 1 -

this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have personal knowledge regarding the subject loan to the above-captioned Debtor, Rickie Walker ("Debtor").

2. I am familiar with the manner and procedures by which EMC's business records are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by EMC's employees or agents in the performance of their regular business duties at or near the time, and conditions, and/or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge and/or access to EMC's business records regarding the Note and Deed of Trust that are the subject of this declaration and have personally reviewed these business records prior to executing this declaration.

3. On or about November 1, 2006, Debtor, for valuable consideration, made, executed and delivered to Bayrock Mortgage Corporation ("Bayrock Mortgage") a Note in the principal sum of $1,076,250.00 (the "Note").  Pursuant to the Note, Debtor is obligated to make monthly principal and interest payments commencing January 1, 2007, and continuing until December 1, 2036, when all outstanding amounts are due and payable.  A true and correct copy of the Note is attached hereto as **Exhibit A** and incorporated herein by reference.

4. As security for the Note, on or about November 1, 2006, Debtor also executed a Deed of Trust (the "Deed of Trust") granting Bayrock Mortgage a security interest in the certain real property located at 3830 Whitney Oaks Drive, Rocklin, CA 95765 (hereinafter "Property"), which is more fully described in the Deed of Trust.  The Deed of Trust provides that attorneys' fees and costs incurred as a result of the Debtor's bankruptcy case may be included in the outstanding balance under the Note.  The Deed of Trust was recorded on November 22, 2006, in the Official Records of Placer County, State of California.  The loan evidenced by the Note and Deed of Trust is referred to herein as the "Subject Loan." A true and correct copy of the Deed of Trust is attached hereto as **Exhibit B** and incorporated herein by reference.

5. Subsequently, Bayrock Mortgage and EMC entered into an agreement whereby EMC purchased various mortgage loans from Bayrock Mortgage, including the Subject Loan.

6. In connection with the sale of the Note to EMC, Bayrock indorsed the note in blank thereby converting the note into a bearer instrument and transferred possession of the Note to EMC. (See **Exhibit A**).

7. On or about April 1, 2007, Structured Asset Mortgage Investment II Inc. ("SAMI"), as Depositor, Citibank, as Trustee, Wells Fargo Bank, National Association, as Master Servicer and Securities Administrator, Federal National Mortgage Association, as Guarantor, and EMC, as Sponsor and Company, entered into a Pooling and Servicing Agreement ("PSA"), thereby creating the Trust.[1] A copy of the Mortgage Loan Schedule for the aforementioned PSA is attached hereto as **Exhibit C**.

8. Subsequently, on or about April 30, 2007, EMC, Master Funding, LLC ("Master Funding"), and SAMI entered into a Mortgage Loan Purchase Agreement whereby EMC and Master Funding agreed to sell, and SAMI agreed to purchase, certain conventional, adjustable rate, first lien mortgage loans secured primarily by one to four-family residential properties (collectively, the "Mortgage Loans"), including the Subject Loan.

9. Concurrently with the ***execution and delivery*** of the PSA, SAMI sold, transferred, and assigned to the Trust, without recourse, all its right, title and interest in and to the Mortgage Loans. In connection with this transfer, the blank indorsed Note was converted into a special indorsed Note by writing Citibank's name above the signature of the indorser, Bayrock Mortgage. (See **Exhibit A**). Citibank is currently entitled to possession of the specially indorsed Note. The original Note has been delivered to Pite Duncan, LLP to allow the Debtor and the court access to examine the Note at the hearing on this Motion.

10. Pursuant to the PSA and that certain Servicing Agreement, dated April 1, 2007, made by and between EMC and SAMI, EMC has the contractual right and responsibility to service certain Mortgage Loans, including the Subject Loan.

11. As the loan servicer, EMC acts as an agent for Citibank and is generally responsible for the administration of the Subject Loan until the loan is satisfied, assigned to another creditor, or the servicing rights are transferred. Administering the loan includes sending monthly payment statements, collecting monthly payments, maintaining records of payments and

---

[1] The PSA can be found on the Securities and Exchange Commission's electronic database at: http://www.sec.gov/Archives/edgar/data/1393737/000106823807000668/exhibit_10-1.htm

Case 10-21656   Filed 02/17/11   Doc 152

1  balances, collecting and paying taxes and insurance (if applicable) (and managing escrow and
2  impound funds), remitting monies tendered under the Note to Citibank, following up on loan
3  delinquencies, home loan workouts and home retention programs, and other general customer
4  service functions. Further, in the event of a default under the terms of the Note or Deed of Trust,
5  EMC is authorized by Citibank under the terms of the loan servicing agreement to enforce the
6  terms of the Deed of Trust.

7        I declare under penalty of perjury under the law of the United States of America that the
8  foregoing is true and correct. Executed this _23_ day of September, 2010, at
9  _Lewisville_, Texas.

10  _Sandra Garcia-Harris_
11  SANDRA GARCIA-HARRIS