FILED
February 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003291042

EDDIE R. JIMENEZ (CA SBN 231239)
ANNE W. HAMANN (CA SBN 254327)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for  CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF
STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR
STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2007-3

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 10-21656 |
| RICKIE WALKER , | Chapter 11 |
| Debtor(s). | **Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2007-3'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO:        UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL
           INTERESTED PARTIES

           PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys

for Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II

Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2007-3 hereby requests

special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings

or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices

under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary

proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other

auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors

committees and parties-in-interest and other notices as required by the United States Bankruptcy

Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

-1-

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Anne W. Hamann
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: March 19, 2010          PITE DUNCAN, LLP

/s/ Anne W. Hamann
ANNE W. HAMANN
Attorneys for CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3

-2-

REQUEST FOR SPECIAL NOTICE

Case 10-21656    Filed 02/17/11    Doc 155

## CERTIFICATE OF SERVICE BY MAIL

I, Ana Velazquez, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action.  My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

I served the attached REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS by placing a true copy thereof in an envelope addressed to:

Mitchell L. Abdallah
1006 4th Street, 4th Floor
Sacramento, CA 95814

Rickie Walker
3830 Whitney Oaks Drive
Rocklin, CA 95765

U.S. Trustee
Department of Justice
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Which envelope was then sealed and postage fully prepaid thereon, and thereafter on March 19, 2010, deposited in the United States Mail at San Diego, California.  There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: <u>March 19, 2010</u>                    <u>/s/Ana Velazquez</u>
                                          ANA VELAZQUEZ

-3-

REQUEST FOR SPECIAL NOTICE