## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Rickie Walker | **Case No :** | 10−21656 − E − 11 |
| | | **Date :** | 3/8/11 |
| | | **Time :** | 02:30 |

**Matter :** Status Conference − [1] − Chapter 11 Voluntary Petition. Missing Document(s): Exhibit D w/Certificate for Debtor; Statement of Financial Affairs; Attorney Disclosure Statement; Schedule I − Current Income of Individual; Schedule J − Current Expenditures; Means Test − Form 22B; Document(s) due by 2/8/2010. (swas)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney − Mitchell L. Abdallah
**Respondent(s) :**
None

HEARING CONTINUED TO: 5/3/11 at 02:30 PM

The hearing was continued for the following reason(s):

Debtors Atty: Mitchell L. Abdallah

Notes:

Continued from February 3, 2011

Opposition to Debtors Objection to Claim Number 5 [Citibank] filed February 17, 2011 [docket #149] to be heard March 3, 2011, at 10:30

Status Conference is continued to May 3, 2011, at 2:30 p.m.