FILED
March 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D169

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : Rickie Walker | Case No : 10-21656 - E - 11 |
| | Date : 3/8/11 |
| | Time : 02:30 |

Matter : [1] - Chapter 11 Voluntary Petition. Missing Document(s): Exhibit D w/Certificate for Debtor; Statement of Financial Affairs; Attorney Disclosure Statement; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; Means Test - Form 22B; Document(s) due by 2/8/2010. (swas)

Judge : Ronald H. Sargis
Courtroom Deputy : Janet Larson
Reporter : Diamond Reporters
Department : E

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Mitchell L. Abdallah
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Confirm the Chapter 13 Plan filed by the Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Status Conference is continued to 2:30 p.m. on May 3, 2011.

Dated: March 09, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court