Case 10-21656    Doc 174    Page 1 of 4

FILED
March 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003368893

Mitchell Abdallah, CSB #: 231804
George M. Gingo, CSB #: 147897
1006 4th Street, 4th Floor
Sacramento, CA 95814
916-446-1974
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

**Rickie Walker,**

Debtor.

Case No. 10-21656-E-11

DCN:    MLA-007

Judge: Ronald H. Sargis
Date:   May 14, 2010
Time:  10:30 a.m.
Place:  Dept. E, Ctrm. 33
        501 I Street, 6th Flr.
        Sacramento, CA 95814

**DEBTOR'S STATEMENT OF ISSUES ON OBJECTION TO CLAIM #11**

<u>ISSUE 1:</u>

Whether the authority of Citibank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A – Trust Mortgage-Pass-Through Certificate Series 2007-3, is set forth in a trust known as a Pooling and Servicing Agreement?

**ISSUE 2:**

Whether the trustee is bound by New York law which provides that the Trustee's actions that are contrary to the Pooling and Servicing Agreement are void?

**ISSUE 3:**

Whether the Pooling and Servicing Agreement provides the sole mechanism by which Citibank, N.A., may take and hold a note and deed of trust?

**ISSUE 4:**

Whether the note was:

a) transferred from the Originator, to the Sponsor to the Depositor to the Trustee;     and,

b) was that transfer arrangement required by the Pooling and Servicing Agreement?

**ISSUE 5:**

Whether the note bears the full and complete chain of endorsements as required by the Pooling and Servicing Agreement?

**ISSUE 6:**

Whether Citibank, N.A., took the note and deed of trust after the last date it was authorized to do so under the Pooling and Servicing Agreement?

**ISSUE 7:**

Whether value was paid for the note:

a) by the Sponsor, by the Depositor and by the Trustee; and,

b) did the Pooling and Servicing Agreement require value be paid for the note?

**ISSUE 8:**

Whether the use of an allonge when there is ample room on the note for an indorsement is permissible:

a) under California law; and,

b) under the Pooling and Servicing Agreement?

**ISSUE 9:**

Whether the allonge is fraudulent?

Mitchell Abdallah, CSB #: 231804
George M. Gingo, 147897
1006 4th Street, 4th Floor
Sacramento, CA  95814
916-446-1974
Attorney for Debtor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of March, 2011, I electronically filed the foregoing Objection to Proof of Claim of Creditor with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Anne W. Hamann, Pite Duncan, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933 and the U.S. Trustee, 501 I Street, Room 7-500, Sacramento, CA 95814.

*Digitally signed by Mitchell Abdallah*
*DN: cn=Mitchell Abdallah, o=ABDALLAH LAW GROUP, ou=Attorney, email=mitch@abdallahlaw.net, c=US*
*Date: 2011.03.23 17:37:28 -07'00'*

Mitchell Abdallah, CSB #: 231804
George M. Gingo, CSB #147897
1006 4th Street, 4th Floor
Sacramento, CA 95814
916-446-1974
Attorney for Debtor