FILED
May 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003521544

MITCHELL L. ABDALLAH, #231804
ABDALLAH LAW GROUP
555 CAPITOL MALL, SUITE 725
SACRAMENTO, CA 95814
TEL:/ (916) 446-1974
FAX:/ (916) 446-3371
MITCH@ABDALLAHLAW.NET

Attorneys for Debtor:
Rickie Walker

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.   10-21656-E-11 |
| **Rickie Walker,** | DCN:   UST-1 |
| Debtor. | Date:   June 9, 2011<br>Time:   10:30 a.m.<br>Place:   501 I Street<br>Courtroom 33, Dept. E<br>Sacramento, CA 95814 |

**OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION
FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE**

**Rickie Walker** ("Debtor"), by and through his counsel of record, Mitchell L. Abdallah, does hereby submit this opposition to the motion filed by the United States Trustee ("UST") in the above captioned case. In response, Debtor seeks to have the court deny the UST's motion to convert or dismiss this case ("Motion"). Debtor seeks to complete his chapter 11 case through confirmation of a plan after all pertinent legal issues of law are resolved by this court.

////

////

## I. STATEMENT OF FACTS

1. This case was filed on January 25, 2010 as a voluntary Chapter 11 case. Since the inception of this case, Debtor has always been debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. As Debtor-in-Possession, Debtor has complied with all requirements of a Chapter 11 case thus far. Debtor has submitted all monthly operating reports; provided all relevant financial information; paid all quarterly trustee fees; paid all required post-petition taxes and insurance premiums.

3. Debtor filed a plan and disclosure statement on October 25, 2010 (Docket #121, 122) and a first amended plan and disclosure on December 9, 2011 (Docket #138 and 139).

4. Approval of Debtor's disclosure and plan is pending before this court. A status conference regarding this case is currently set for July 13, 2011.

5. Delay of approval of Debtor's disclosure statement has been due in large part to the pending objection to claim of Citibank before this Court. After initially sustaining Debtor's objection, this Court has set an evidentiary hearing to determine the merits of Citibank's claim. The Court has set November 9, 2011 as date for the evidentiary hearing.

## II. ARGUMENT

6. The Debtor has not suffered continuing loss to his estate while under chapter 11 bankruptcy. Debtor continues to possess both of his real properties and commenced operations of his janitorial business.

7. Debtor receives rents through Section 8 for his rental property located in Tracy.

8. Debtor is currently averaging income of $4,500.00 per month plus rents.

9. Debtor's plan proposes a payment of $4196.41per month. Based on current income and rents received, Debtor will be able to afford a confirmable plan.

10. Approval of Debtor's disclosure and subsequent confirmation of the plan is pending determination of a proof of claim filed by creditor, Citibank. Debtor has objected to Citibank's claim as a secured creditor. The Court has set an evidentiary hearing to decide the merits of this claim. Debtor cannot accurately confirm a plan where the true identities of all creditors are currently unknown. Therefore, any conversion or dismissal of Debtor's chapter 11 case should be stayed pending the Court's decision as to Citibank's claim.

### III. CONCLUSION

WHEREFORE, based on the foregoing, Debtor requests that this Court enter an order: (1) denying the UST's motion as to conversion or dismissal; and/or (2) grant Debtor leave to resolve the merits of the proof claim of Citibank prior to approval of disclosure and confirmation of a plan.

Dated:  26-May-2011

Respectfully submitted,

Digitally signed by Mitchell Abdallah
DN: cn=Mitchell Abdallah, o=ABDALLAH LAW GROUP, ou=Attorney, email=mitch@abdallahlaw.net, c=US
Date: 2011.05.26 15:31:30 -07'00'

MITCHELL L. ABDALLAH
ATTORNEY FOR DEBTOR